FANNING *v.* BOARD OF COMMISSIONERS OF WILKES COUNTY.

TURNER, J. 1. One liable to road duty under the alternative road law (Pol. Code, § 574) must either work the roads as required or pay the commutation tax. He can not escape liability as a defaulter in this public duty by proof that he relied on some person's promise to pay the tax, any more than he could depend on the undertaking of any third person to work the road in his stead.

2. The contentions of the plaintiff in error not covered by the first headnote were not insisted upon before this court, and will not be considered.
                    *Judgment affirmed. All the Justices concur.*

Submitted December 21, 1903.—Decided January 12, 1904.

Certiorari. Before Judge Holden. Wilkes superior court. November 6, 1903.

*B. S. Irvin* and *F. H. Colley,* for plaintiff in error.
*W. M. Sims,* contra.

---

JOINER *v.* THE STATE.

SIMMONS, C. J. 1. Evidence of a third party as to statements of a wife that her husband had just beaten her, made in the presence of the husband without denial on his part and under such circumstances that his silence amounted to an admission, is admissible on the trial of the husband for wife-beating, although the wife declines to testify at the trial against her husband. *Knight* v. *State,* 114 *Ga.* 48.

2. While it is true that one accused of crime can not be convicted upon his confessions alone, yet if on the trial of one charged with wife-beating it is shown that he and his wife had been together in his house, that the wife had run crying from the house, called a policeman, and showed him a swollen eye and a bowl of bloody water in which she had bathed her nose, the jury may properly regard this as sufficient corroboration of the husband's confession to show the corpus delicti and to justify a conviction. Penal Code, § 1005, and cases cited.          *Judgment affirmed. All the Justices concur.*

Submitted December 21, 1903.—Decided January 12, 1904.

Accusation of wife-beating. Before Judge Hodges. City court of Macon. November 21, 1903.

*Julian F. Urquhart* and *Marion W. Harris,* for plaintiff in error.
*William Brunson, solicitor-general,* contra.